1  CLEMENT J. NAPLES (*admitted pro hac vice*)
   clement.naples@lw.com
2  LATHAM & WATKINS LLP
   885 Third Avenue Suite 1000
3  New York, NY 10022
   Telephone: (212) 906.1200
4  Facsimile: (212) 751.4864

5  RON E. SHULMAN, Bar No. 178263
   ron.shulman@lw.com
6  LATHAM & WATKINS LLP
   140 Scott Drive
7  Menlo Park, CA 94025
   Telephone: (650) 328.4600
8  Facsimile:  (650) 463.2600

9  JULIE HOLLOWAY, Bar No. 196942
   julie.holloway@lw.com
10 LATHAM & WATKINS LLP
   505 Montgomery Street Suite 2000
11 San Francisco, CA 94111
   Telephone: (415) 391.0600
12 Facsimile: (415) 395.8095

13 Attorneys for Defendant Hulu, LLC
   (Additional counsel listed on signature page)
14

15        **IN THE UNITED STATES DISTRICT COURT FOR THE**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17                    **WESTERN DIVISION**

18 | OPENTV, INC.,                    | Civil Action No. 2:16-cv-01785-AB-PJW |
| --- | --- |
| 19                    Plaintiff,   | **DEFENDANT HULU, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| 20        vs.                       | |
| 21 HULU, LLC,                       | Date: July 11, 2016 |
| 22                    Defendant.    | Time: 10:00 a.m. |
| 23                                   | Place: Courtroom 4, 2nd floor |
| 24                                   | Judge: Hon. André Birotte Jr. |
| 25                                   | Complaint filed March 15, 2016 |

26

27

28

1

## NOTICE OF MOTION AND MOTION

2

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        **PLEASE TAKE NOTICE** that on July 11, 2016, at 10:00 a.m., or as soon

4   thereafter as counsel may be heard, in the courtroom of the Honorable André

5   Birotte Jr., defendant Hulu, LLC ("Hulu") will and hereby does move the Court for

6   an order dismissing Plaintiff OpenTV, Inc.'s March 15, 2016 Complaint for Patent

7   Infringement ("Complaint").

8        This motion to dismiss is brought because Plaintiff's complaint fails to plead

9   sufficient facts to state a claim for relief for any alleged infringement.  This motion

10  is based on this Notice of Motion, the accompanying Memorandum of Points and

11  Authorities in Support, all pleadings and other papers filed and court orders entered

12  in the above-captioned action, and upon such other matters as may be presented to

13  or considered by the Court.

14       This motion is made following the conference of counsel pursuant to L.R. 7-

15  3, which took place on May 13, 2016, and during which the parties attempted to

16  resolve this issue without motion practice but were unable to do so.

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  May 20, 2016              Respectfully submitted,

2                                     LATHAM & WATKINS LLP

3

4                                     /s/ *Bob Steinberg*
                                      Bob Steinberg
5

6                                     ROBERT STEINBERG, Bar No. 126407
                                      bob.steinberg@lw.com
7                                     LATHAM & WATKINS LLP
                                      355 South Grand Avenue
8                                     Los Angeles, CA 90071
                                      Telephone: (213) 485.1234
9                                     Facsimile:  (213) 891.8763

10
                                      CLEMENT J. NAPLES (*admitted pro hac vice*)
11                                    clement.naples@lw.com
                                      LATHAM & WATKINS LLP
12                                    885 Third Avenue Suite 1000
                                      New York, NY 10022
13                                    Telephone: (212) 906.1200
                                      Facsimile: (212) 751.4864
14

15                                    JULIE HOLLOWAY, Bar No. 196942
                                      julie.holloway@lw.com
16                                    LATHAM & WATKINS LLP
                                      505 Montgomery Street Suite 2000
17                                    San Francisco, CA 94111
                                      Telephone: (415) 391.0600
18                                    Facsimile: (415) 395.8095

19
                                      RON E. SHULMAN, Bar No. 178263
20                                    ron.shulman@lw.com
                                      S. GIRI PATHMANABAN, Bar No. 284802
21                                    giri.pathmanaban@lw.com
                                      LATHAM & WATKINS LLP
22                                    140 Scott Drive
                                      Menlo Park, CA 94025
23                                    Telephone: (650) 328.4600
                                      Facsimile:  (650) 463.2600
24

25                                    JAMES R. BENDER (*pro hac vice pending*)
26                                    james.bender@lw.com
                                      LATHAM & WATKINS LLP
27                                    555 Eleventh Street NW Suite 1000
                                      Washington, DC 20004
28

DEFENDANT HULU, LLC'S NOTICE OF MOTION
AND MOTION TO DISMISS
Case No. 2:16-cv-01785-AB-PJW

1
2

Telephone: (202) 637.2200
Facsimile: (202) 637.2201

3

Attorneys for Defendant
HULU, LLC

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT HULU, LLC'S NOTICE OF MOTION
AND MOTION TO DISMISS
Case No. 2:16-cv-01785-AB-PJW